September 29, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

BOBBY TRANT, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF HAROLD B. TRANT, DECEASED, AND OF THE ESTATE OF ROSEALICE TRANT, DECEASED, AND THE ADDITIONAL HEIRS AND BENEFICIARIES OF THOSE ESTATES, PATSY TRANT LANGFORD AND ROBIN TRANT JOHNSON, Appellants

NO. 14-14-00507-CV                V.

BRAZOS VALLEY SOLID WASTE MANAGEMENT AGENCY, INC., D/B/A BVSWMA, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Brazos Valley Solid Waste Management Agency, Inc., d/b/a BVSWMA, Inc., signed June 6, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Bobby Trant, Individually and as Executor of the Estate of Harold B. Trant, Deceased, and of the Estate of Rosealice Trant, Deceased, and the additional heirs and beneficiaries of those Estates, Patsy Trant Langford and Robin Trant Johnson, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.